**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STATE FARM LLOYDS AS SUBROGEE OF MELISSA FLEMING, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:23-CV-00023-JRG |
| KIA AMERICA, INC., | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice (the "Stipulation"). (Dkt. No. 19.) In the Stipulation, the parties inform the Court that Plaintiff voluntarily dismisses with prejudice all claims against Defendant in the above-captioned case. Having considered the Stipulation, the Court **ACKNOWLEDGES** and **ACCEPTS** that all claims between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

So ORDERED and SIGNED this 21st day of November, 2023.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE